# United States District Court

EASTERN DISTRICT OF WISCONSIN

JERRY BONNETT,

   Plaintiff,

             **JUDGMENT IN A CIVIL CASE**

 v.

             Case No. 17-CV-1742

UNIVERSAL METRICS, INC,

   Defendant.

---

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came on for consideration and a decision has been rendered.

  **IT IS HEREBY ORDERED AND ADJUDGED**:

1. In accordance with Fed. R. Civ. P. 23, the Class in this matter is defined as:

   a. All hourly employees employed by Universal Metrics, Inc. between December 13, 2015 and June 29, 2018, and whose names appear on the attached Exhibit A.

2. Class Representative Jerry Bonnett shall receive $7,500.00 as an incentive payment.

3. Class Counsel shall receive $53,333.33 as reasonable attorneys' fees and $3,661.83 costs and expenses, for a total of $61,995.61 in fees and costs.

4. The sum of $96,086.11 shall be allocated among two separate funds. The Wisconsin Settlement Fund shall receive $52,752.42 and the FLSA Settlement Fund shall receive $43,333.69.

5. Any funds remaining after the date the claims check become void shall be contributed to The Employee Rights Advocacy Institute for Law & Policy as a *cy pres* award.

6. This settlement is fair, reasonable, and adequate.

<pre>
                        Approved:   s/ Nancy Joseph
                                    NANCY JOSEPH
                                    United States Magistrate Judge
Dated:  October 2, 2018


                                    STEPHEN C. DRIES
                                    Clerk of Court

                                    s/ Becky Ray
                                    (By) Deputy Clerk
</pre>